UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Mielle Organics, LLC

    Plaintiff,

v.

Case No.: 1:25−cv−00611

Honorable John F. Kness

The Individuals, Corporations, Limited Liability Companies, Partnerships, Unincorporated Associations and Others Identified In Complaint "Schedule A"

    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 25, 2025:

    MINUTE entry before the Honorable John F. Kness: On the Court's initiative, all pending motions are held in abeyance, and the case is stayed pending further order. This stay, which the Court is entering in other so−called "Schedule A" cases on its docket where requests for temporary restraining orders remain pending, is intended to permit the Court the opportunity to reassess its previous approach in Schedule A litigation involving Lanham Act, Copyright Act, and Patent Act claims typically brought on an ex parte basis against various online merchants. This reassessment will consider, among other things, whether: (1) ex parte proceedings are appropriate in these types of cases; (2) the routine sealing of parts or all of the docket is appropriate; (3) the routine granting of temporary restraining orders on an ex parte basis is a sound exercise of judicial discretion; (4) the routine granting of prejudgment asset restraints is a sound exercise of judicial discretion; and (5) the mass joinder of defendants is appropriate under the circumstances typically present in Schedule A cases. Plaintiff remains free, of course, to dismiss this action voluntarily if they wish to pursue their claims in another District, but no supplemental briefing on the pending motions may be filed absent advance leave of Court. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at *www.ilnd.uscourts.gov*.